```
GERALD C. STERNS (SBN 029976)
BRENDA D. POSADA (SBN 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone (510) 267-0500
Facsimile (510) 267-0506

MICHAEL MYERS  (SBN 22486)
MYERS & COMPANY PLLC
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
(206) 398-1188

Attorneys for Plaintiff
MARTIN A. VEDIN
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN A. VEDIN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE PRESIDIO TRUST; and COLUMBUS DISTRUBTING, INC.<br><br>　　　　　　Defendants | Case No.: C07-02260 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　　　MICHAEL MYERS, an active member in good standing of the bar of the State of Washington, United States District Court for the Western and Eastern District of Washington (admitted 1993 and 1997, respectively) and Washington State Supreme Court (admitted 1993), whose business address is 1809 Seventh Avenue, Suite 700, Seattle, Washington 98101, (206) 398-1188, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MARTIN A. VEDIN.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __06/12/07_____



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE