# Fortune O'Sullivan & Hudson
Attorneys At Law
Not a Partnership
Employees of a member company of Zurich Financial Services Group
560 Mission Street, #2100
San Francisco, California 94105
Telephone: (415) 227-2300
Facsimile: (415) 227-2360

William S. Caspari
Fred Deatherage*
Michael Dolan
William F. Fitzgerald
Peter Fortune
Paul A. Herp
Mark W. Hudson
Norman La Force
Arlene V. H. Lee*
Alice W. O'Sullivan*
Scott J. Olsen
John J. Pillitiere
Cynthia Shambaugh
John Wasinda

Fresno Office:
5260 North Palm Avenue, #300
Fresno, CA 93704
Telephone: (559) 440-4116
Facsimile: (559) 440-4118

Sacramento Office:
3249 Quality Drive, #200
Rancho Cordova, CA 95670
Telephone: (916) 851-3782
Facsimile: (916) 947-5261

January 14, 2008

**Reply to San Francisco**

Honorable Joseph C. Spero
Magistrate-Judge
United States District Court
450 Golden Gate Street
San Francisco, CA 94102

Re: Martin Vedin v. USA, et al
United States District Court C07-02260 JCS

Dear Judge Spero:

The Court had set a further Case Management Conference in this case for January 25, 2008. At the last CMC the parties had agreed to mediation by March 31, 2008 and had selected a mediator, but had not yet obtained a date for the mediation. Since the last CMC the parties have agreed to mediate the case on March 19, 2008 with Richard Carlson in Oakland, California.

From the perspective of the parties, we are proceeding with discovery and preparing for the mediation. We do not have any issues that we feel we need to address with the court at this time and thus would request that unless the court has an issue it wishes to address with us that the next CMC be scheduled for a date following the

Cor(Court January 14 2008).doc
*Certified Specialist Workers' Compensation by California State Bar, Board of Legal Specialization

Parties to Court
Vedin v. USA
January 14, 2008
Page 2

mediation.

                             Sincerely yours,

Brenda D. Posada                        Norman La Force,
For Plaintiff                            For Defendants

IT IS HEREBY ORDERED THAT the further case management conference, currently set for Jan. 25, 2008, at 1:30 p.m., has been continued to March 28, 2008, at 1:30 p.m. An updated joint case management conference statement shall be due by March 21, 2008.

Dated: Jan. 15, 2008



IT IS SO ORDERED

Judge Joseph C. Spero