Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
Telephone: 415-227-2300
Fax: 415-227-2360
Email: Norman.LaForce@Zurichna.com

Attorneys for Defendants
United States of America and
Columbus Distributing, Inc.

Joseph P. Russoniello (SBN #44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415-436-6909
Fax: 415-436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Defendants
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN A. VEDIN, | Case No.: C07 02260 JCS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| UNITED STATES OF AMERICA, THE PRESIDIO TRUST, AND COLUMBUS DISTRIBUTNG, INC. | |
| Defendants. | |

Pursuant to the settlement agreement among the parties, the plaintiff, by and through his counsel, of record and defendants, by and through their counsel, of record hereby stipulate that this case is dismissed with prejudice. Each party to bear its own cost and fees.

-1-

Stipulation and order of dismissal　　　　　　　　　　　　　　　　　　　　Vedin v. USA, et.al, #C07-02260

| | | |
|---|---|---|
| 1 | Dated: April 23, 2008 | Sterns and Walker |
| 2 | | |
| 3 | | *Brenda Posada* (signature) |
| 4 | | Brenda D. Posada |
| | | Attorneys for Plaintiff |
| 5 | | Martin A Vedin |
| 6 | Dated: | Meyers & Company, PLLC |
| 7 | | |
| 8 | | *Michael Meyers* (signature) |
| | | Michael Meyers |
| | | Attorneys for Plaintiff |
| 9 | | Martin A. Vedin |

Dated:

Fortune O'Sullivan & Hudson

_____
Norman La Force, Esq.
Attorneys for Defendants
United States of America and Columbus Distributing, Inc.

Dated:

UNITED STATES ATTORNEY'S OFFICE

_____
JOSEPH P. RUSSONIELLO
United States Attorney
JONATHAN U. LEE
Assistant United States Attorney

IT IS SO ORDERED.

Dated:

_____
United States Magistrate-Judge

-2-

Stipulation and order of dismissal          Vedin v. USA, et.al, #C07-02260

| | | |
|---|---|---|
| 1 | Dated: | Sterns and Walker |
| 2 | | |
| 3 | | _____ |
| 4 | | Brenda D. Posada<br>Attorneys for Plaintiff |
| 5 | | Martin A Vedin |
| 6 | Dated: | Meyers & Company, PLLC |
| 7 | | _____ |
| 8 | | Michael Meyers<br>Attorneys for Plaintiff |
| 9 | | Martin A. Vedin |

Dated: 5/1/08

Fortune O'Sullivan & Hudson

_____
Norman La Force, Esq.
Attorneys for Defendants
United States of America and Columbus Distributing, Inc.

Dated: 4/24/08

UNITED STATES ATTORNEY'S OFFICE

_____
JOSEPH P. RUSSONIELLO
United States Attorney
JONATHAN U. LEE
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 5, 2008

Judge Joseph C. Spero
United States Magistrate-Judge

-2-